UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15CR404 HEA |
| | ) |
| MICHAEL GRADY and OSCAR DILLON, | ) |
| | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Order and Recommendation of Magistrate Judge Nanette A Baker addressing Defendant Oscar Dillon's Motion to Sever, [Doc. No. 2182], which Defendant Michael Grady has adopted.  In her April 3, 2020 Report  and Recommendation, Judge Baker recommended that the Defendant's motion be granted. Defendants have not filed written objections to this recommendation, and the government is not opposed to the motion. Upon review, the Court adopts the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Dillon's Motions to Sever,

[Doc. No.1282], is **GRANTED.**

Dated this 13th day of May, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE