UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  S5-4:15 CR 404 HEA |
| v. | ) |
| | ) |
| MICHAEL GRADY, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A SURREPLY**

COMES NOW the United States of America by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and in support of its Motion for Leave to File a Surreply, states as follows:

On March 1, 2021, the Defendant filed a reply to the Government's Response (DCD 3067), in which Defendant raises new arguments.  The United States requests leave of this Court to file a brief surreply on or before March 5, 2021. The surreply is intended to briefly address the arguments raised in Counsel's Reply.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Michael A. Reilly*
MICHAEL A. REILLY, #43908MO
Assistant United States Attorney
111 S. Tenth Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the counsel of record.

                                                        /s/ *Michael A. Reilly*
                                                        MICHAEL A. REILLY, #43908MO
                                                        Assistant United States Attorney