UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S5-4:15CR00404 HEA |
| | ) |
| MICHAEL GRADY, and | ) |
| OSCAR DILLON, III, | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A SURREPLY TO REPLY TO RESPONSE TO MOTION FOR JUDGMENT OF ACQUITTAL, OR ALTERNATIVELY FOR A NEW TRIAL, AND <u>REQEUST FOR EXTENSION OF TIME TO FILE SURREPLY</u>**

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and in support of its Motion for Leave to File a Surreply to Reply to Response to Motion for Judgment of Acquittal, or Alternatively for a New Trial, and for Extension of Time to, states as follows:

1. On Saturday May 22, 2021, Defendants filed their joint 38 page Motion for Judgment of Acquittal, or Alternatively for a New Trial (Doc. 3320, "Defendants' Motion"). On July 20, 2021, the United States filed its Response (Doc. 3400). On August 10, 2021, Defendants filed their Reply to the Government's Response (Doc. 3440).

2. Defendants raise additional arguments and assertions. The United States requests leave to file a surreply.

1

3.  The United States requests leave of Court to file its surreply up to and including September 1, 2021.  Undersigned counsel had a recent death in the immediate family, and the funeral will not occur until August 16, 2021.   Thereafter, Counsel will take a brief period of leave.

WHEREFORE, the United States requests leave to file a surreply and up to and including September 1, 2021 to respond to said surreply.

>Respectfully submitted,
>
>SAYLER A. FLEMING
>United States Attorney
>
>*s/ Michael A. Reilly*
>MICHAEL A. REILLY #43908MO
>Assistant United States Attorney
>111 South 10th Street, 20th Floor
>St. Louis, MO 63102
>(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021, the foregoing was filed electronically with the Clerk of the Court to be served upon Counsel of record.

>*s/Michael A. Reilly*
>Michael A. Reilly, 43908MO
>Assistant United States Attorney

2